# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2014

Robert P. Young, Jr.,
Chief Justice

150083

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re W. N. JOHNSON, Minor.

SC: 150083
COA: 320222
Wayne CC Family Division:
10-496636-NA

_____/

On order of the Court, the application for leave to appeal the August 21, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for further proceedings. On remand, while retaining jurisdiction, the Court of Appeals shall remand this case to the Wayne Circuit Court, Family Division, to conduct a continued best-interests hearing based on updated information regarding the respondent and the minor child. At the conclusion of the hearing, the circuit court shall forward the record and its finding as to the child's best interests to the Court of Appeals, which shall then resolve the issues presented by the respondent. In the event that the respondent is not aggrieved by the circuit court's decision, the respondent shall file a motion or signed stipulation to dismiss the appeal. See MCR 7.218.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2014 _____

p1014



Clerk